Tyrone A. Blackburn, Esq.
Attorney ID No. 232602020
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Tel: (347) 342-7432
Counsel for Plaintiff, Robert Porcelli

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT PORCELLI,<br><br>Plaintiff,<br><br>v.<br><br>PORT NEWARK MAINTENANCE AND REPAIR, LLC; JANE AND JOHN DOE 1-10; AND ABC CORP. 1-10,<br><br>Defendants. | Case No. 2:24-cv-00504-MCA-JBC<br><br>[PROPOSED] ORDER GRANTING RECONSIDERATION AND REINSTATING PLAINTIFF'S CEPA CLAIM |

**THIS MATTER** having come before the Court by way of motion by Plaintiff Robert Porcelli, through his counsel Tyrone A. Blackburn, Esq., for reconsideration of the Court's Letter Order entered August 20, 2026 (ECF No. 33) pursuant to L. Civ. R. 7.1(i) and, in the alternative, to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e); and the Court having considered the Notice of Motion, the Memorandum of Law, and the Declaration of Tyrone A. Blackburn, Esq. submitted in support thereof, and any opposition thereto; and for good cause shown;

**IT IS** on this ______ day of ______________________, 2026,

**ORDERED** that Plaintiff's motion for reconsideration is **GRANTED**; and it is further

**ORDERED** that the Letter Order entered August 20, 2026 (ECF No. 33) is **VACATED** in its entirety; and it is further

**ORDERED** that Plaintiff's claim under the New Jersey Conscientious Employee Protection Act, N.J.S.A. 34:19-1 *et seq.*, as pleaded in the Third Amended Complaint (ECF No. 26), is **REINSTATED**; and it is further

**ORDERED** that Defendant's motion to dismiss the Third Amended Complaint (ECF No. 27) is **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall **REOPEN** this matter, and that Defendant shall answer or otherwise respond to the Third Amended Complaint within the time prescribed by Fed. R. Civ. P. 12(a)(4).

______________________________
Hon. Madeline Cox Arleo, U.S.D.J.