Tyrone A. Blackburn, Esq.
Attorney ID No. 232602020
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Tel: (347) 342-7432
Counsel for Plaintiff, Robert Porcelli

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Robert Porcelli,<br>Plaintiff,<br><br>v.<br><br>Port Newark Maintenance and Repair, LLC;<br>JANE AND JOHN DOE 1-10; and<br>ABC CORP. 1-10,<br>Defendants. | Case No. 2:24-cv-00504-MCA-JBC<br><br>Notice of Appeal |

**PLEASE TAKE NOTICE** that Plaintiff Robert Porcelli hereby appeals to the United States Court of Appeals for the Third Circuit from:

1. the Letter Order entered August 20, 2026 (ECF No. 33), granting Defendant Port Newark Maintenance and Repair, LLC's Motion to Dismiss (ECF No. 27), dismissing Plaintiff's Third Amended Complaint (ECF No. 26) with prejudice, and directing the Clerk of Court to close the case, and the final judgment thereon;
2. the Order entered September 21, 2026 (ECF No. 36), denying Plaintiff's Motion for Reconsideration and, in the alternative, to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) (ECF No. 34); and
3. all prior orders and rulings that merge into the final judgment, including the Opinion and Order entered January 31, 2025 (ECF No. 15) and the Order entered October 29, 2025 (ECF No. 25).

Dated: October 19, 2026
Brooklyn, New York

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
Attorney ID No. 232602020
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Tel: (347) 342-7432
*Counsel for Plaintiff-Appellant, Robert Porcelli*

TO: All counsel of record (via CM/ECF)